1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT

8 EASTERN DISTRICT OF CALIFORNIA

9

10 JULIUS JAMES MONYOUKAYE,

11              Petitioner,

12     v.

13 B. PLUMLEY, Warden,

14            Respondent.

15

16

No.  1:18-cv-00095-SKO HC

**ORDER DENYING PETITIONER'S
REQUEST FOR DEFAULT AS MOOT**

**ORDER DIRECTING RESPONDENT
TO RE-SERVE THE ANSWER ON
PETITIONER**

**(Doc. 14)**

17

18       Petitioner, Julius James Monyoukaye, is a federal prisoner proceeding *pro se* with a

19 petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On June 4, 2018, Petitioner filed

20 a request for entry of default against Respondent for failing to file a response to the petition.

21       Contrary to Petitioner's assertion, Respondent's filed an answer to the petition on May 21,

22 2018.  Therefore, Petitioner's request for entry of default is denied as moot.  Petitioner's traverse

23 is currently due on June 21, 2018.

24       Respondent's answer contains a declaration by C. Buxbaum certifying that the answer was

25 mailed to Petitioner on May 21, 2018.  Because it appears Petitioner did not receive it, the Court

26 hereby orders Respondent to re-serve the answer to Petitioner by June 11, 2018.

27

28

1

1    IT IS SO ORDERED.

2    Dated:    __**June 5, 2018**__                          /s/ *Sheila K. Oberto*

3                                                 UNITED STATES MAGISTRATE JUDGE