UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS JAMES MONYOUKAYE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>B. PLUMLEY, Warden,<br><br>　　　　Respondent. | No. 1:18-cv-00095-SKO HC<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL**<br><br>**(Doc. 17)** |

Petitioner Julius James Monyoukaye is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and moves for appointment of counsel.

In federal habeas proceedings, no absolute right to appointment of counsel currently exists. *See, e.g., Anderson v. Heinze*, 258 F.2d 479, 481 (9th Cir. 1958); *Mitchell v. Wyrick*, 727 F.2d 773, 774 (8th Cir. 1984). Nonetheless, a court may appoint counsel at any stage of the case "if the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B); Rule 8(c), Rules Governing Section 2254 Cases. Petitioner contends that the Court should appoint counsel based on Petitioner's indigence, limited library access, and lack of knowledge of the law. Because nearly all prisoners share these characteristics, Petitioner, who has competently submitted a petition, alleges no basis by which the Court may appoint counsel on his behalf.

//

//

1

Based on the foregoing, Petitioner's motion for appointment of counsel is hereby DENIED.

IT IS SO ORDERED.

Dated: **June 27, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE